# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **R'KES STARLING, individually and on behalf of all others similarly situated** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS AND RAM PROPERTIES LLC** )<br>)<br>*Defendant* | Civil Action No. 1:24-cv-00991-DII |

## AFFIDAVIT OF SERVICE

I, Briana Pearson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 6, 2024, at 4:57 am. I delivered these documents to RAM PROPERTIES LLC in Ellis County, TX on September 9, 2024 at 12:38 pm at 109 Carriage Drive, Waxahachie, TX 75165 by leaving the following documents with RYAN MCLEMORE who as Registered Agent is authorized by appointment or by law to receive service of process for RAM PROPERTIES LLC.

Summons and Complaint

White Male, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=32.4285334954,-96.805967074
Photograph: See Exhibit 1

Total Cost: $119.00

My name is Briana Pearson, my date of birth is 1/30/1991, and my address is 350 N Saint Paul st, Dallas, TX 75201, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Briana Pearson* |
| Dallas County, | Briana Pearson |
| TX on 9/10/2024. | +1 (469) 986-5925 |
| | Certification Number: PSC-13628 |
| | Expiration Date: 2/28/2026 |



Exhibit 1a)