IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br> *Plaintiff*,<br><br>v.<br><br>PR ADVISORS, LLC d/b/a PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC,<br><br> *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-000991-DII |

NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorneys are entering an appearance for Defendant RAM Properties, LLC in this matter:

Yusuf A. Bajwa
State Bar No. 24047754
Lad Z. Stricker
State Bar No. 24110876
SANDERS BAJWA LLP
919 Congress Avenue, Suite 1305
Austin, Texas 78701
[Tel.] (512) 535-5330

Mr. Bajwa and Mr. Stricker are both currently admitted to practice in the United States District Court for the Western District of Texas.

1

Respectfully submitted,

By: */s/ Yusuf A. Bajwa*
    Yusuf A. Bajwa
    State Bar No. 24047754
    ybajwa@sandersbajwa.com
    Lad Z. Stricker
    State Bar No. 24110876
    lstricker@sandersbajwa.com
    SANDERS BAJWA LLP
    919 Congress Avenue, Suite 1305
    Austin, Texas 78701
    [Tel.] (512) 535-5220
    [Fax] (512) 270-5111

    *Counsel for Defendant RAM Properties, LLC*

## CERTIFICATE OF SERVICE

  This will certify that a true and correct copy of the foregoing document was served this 30th day of September 2024, via the Court's electronic filing system and via email.

**Via E-Service and Email**

Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
[Tel] 215-225-5529
[Fax] 888-329-0305

*Counsel for Plaintiff*

              */s/ Yusuf A. Bajwa*
              Yusuf A. Bajwa