# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated<br>*Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 1:24-cv-000991-DII |
| PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC | § § § § § | |
| *Defendants.* | § § | |

## JOINT STIPULATION ON ANSWER DEADLINE

To the Honorable Court:

Defendant RAM Properties, LLC and Plaintiff in the above-styled action hereby enter this Stipulation on Answer Deadline and would show the Court as follows:

Plaintiff filed its Complaint on August 26, 2024. Dkt. 1. Defendant RAM Properties, LLC was served on September 9, 2024. The parties, having conferred, hereby stipulate to the following deadline:

- RAM Properties, LLC deadline to file an answer or a responsive motion pursuant to Rule 12 of the Federal Rules of Civil Procedure is November 12, 2024.

Extending the foregoing deadlines will not alter any event or deadline fixed by court order.

Dated: September 30, 2024               Respectfully submitted,


                                        By: */s/ Yusuf A. Bajwa*
                                            Yusuf A. Bajwa
                                            Texas Bar No. 24047754
                                            Lad Z. Stricker
                                            Texas Bar No. 24110876
                                            SANDERS BAJWA LLP
                                            919 Congress Avenue, Suite 1305
                                            Austin, Texas 78701
                                            [Tel.] (512) 535-2440
                                            ybajwa@sandersbajwa.com
                                            lstricker@sandersbajwa.com

                                            ATTORNEYS FOR DEFENDANT RAM PROPERTIES, LLC


                                        By: */s/ Andrew Roman Perrong (with permission)*
                                            Andrew Roman Perrong
                                            PERRONG LAW, LLC
                                            2657 Mount Carmel Ave.
                                            Glenside, PA 19038
                                            [Tel] 215-225-5529
                                            [Fax] 888-329-0305
                                            a@perronglaw.com

                                            ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

    This will certify that a true and correct copy of the foregoing document was served this 30th day of September 2024 to all parties via PACER.


                                    */s/ Yusuf A. Bajwa*
                                    Yusuf A. Bajwa