## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **R'KES STARLING, individually and on behalf of all others similarly situated** | § § § | |
| ***Plaintiff,*** | § § | |
| **v.** | § § | **Civil Action No. 1:24-cv-000991-DII** |
| **PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC** | § § § § | |
| ***Defendants.*** | § § | |

### JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant RAM Properties, LLC ("RAM") and Plaintiff moves to extend the time within which it may answer, move, or otherwise respond to Plaintiff's Complaint.

On August 26, 2024, Plaintiff filed his Complaint. [Dkt. 1]. RAM was served on September 9, 2024, making Defendant's current deadline to answer or otherwise respond to the Complaint September 27, 2024. Plaintiff and RAM respectfully request that Defendant's deadline be extended up through and including November 12, 2024.

Dated: October 1, 2024                    Respectfully submitted,


By: */s/ Yusuf A. Bajwa*
    Yusuf A. Bajwa
    Texas Bar No. 24047754
    Lad Z. Stricker
    Texas Bar No. 24110876
    SANDERS BAJWA LLP
    919 Congress Avenue, Suite 1305
    Austin, Texas 78701
    [Tel.] (512) 535-2440
    ybajwa@sandersbajwa.com
    lstricker@sandersbajwa.com

    ATTORNEYS FOR DEFENDANT RAM PROPERTIES,
    LLC


By: */s/ Andrew Roman Perrong (with permission)*
    Andrew Roman Perrong
    PERRONG LAW, LLC
    2657 Mount Carmel Ave.
    Glenside, PA 19038
    [Tel] 215-225-5529
    [Fax] 888-329-0305
    a@perronglaw.com

    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was served this 1st day of October 2024 to all parties via PACER.


*/s/ Yusuf A. Bajwa*
Yusuf A. Bajwa