IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **R'KES STARLING, individually and on behalf of all others similarly situated** | § § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Civil Action No. 1:24-cv-000991-DII |
| **PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC** | § § § § § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the parties' Joint Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion"). The Court, having reviewed the Motion is of the opinion that it should be GRANTED.

It is therefore ORDERED that Defendant RAM Properties, LLC's answer or response to Plaintiff's Complaint is due on or before **Tuesday, November 12, 2024**.

SIGNED this _____ day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE