**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC,<br><br>Defendants. | Case No. 1:24-cv-00991-DII |

**[PROPOSED] ORDER GRANTING DEFENDANT PR ADVISORS, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This matter, coming to be heard on the "Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (hereafter, the "Motion"), which was filed by Defendant PR Advisors, LLC, d/b/a Pinnacle Realty Advisors in the above-captioned matter, due notice having been given, the Parties being in agreement, and for good cause shown, it is **HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; and (ii) Defendant PR Advisors, LLC, d/b/a Pinnacle Realty Advisors shall have until **November 26, 2024** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1).

**SO ORDERED THIS \_\_\_ DAY OF _____, 2024,**

By:_____
   Hon. Robert Pitman
   United States District Judge