IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC<br><br>*Defendants.* | Civil Action No. 1:24-cv-000991-DII |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant RAM Properties, LLC ("RAM") moves to extend the time within which it may answer, move, or otherwise respond to Plaintiff's Complaint.

On August 26, 2024, Plaintiff filed his Complaint. [Dkt. 1]. RAM was served on September 9, 2024, making Defendant's current deadline to answer or otherwise respond to the Complaint September 27, 2024. On October 2, 2024, the Court granted RAM's request to extend RAM's deadline to November 12, 2024. On November 7, 2024, Defendant PR Advisors, LLC ("PR Advisors") requested that their answer deadline be extended to November 26, 2024. [Dkt. 9] RAM respectfully request that its deadline be extended up through and including November 26, 2024 to align with the other defendant in this case.

Dated: November 7, 2024						Respectfully submitted,

                                                                              By: */s/ Yusuf A. Bajwa*
                                                                                  Yusuf A. Bajwa
                                                                                  Texas Bar No. 24047754
                                                                                  Lad Z. Stricker
                                                                                  Texas Bar No. 24110876
                                                                                  SANDERS BAJWA LLP
                                                                                  919 Congress Avenue, Suite 1305
                                                                                  Austin, Texas 78701
                                                                                  [Tel.] (512) 535-2440
                                                                                  ybajwa@sandersbajwa.com
                                                                                  lstricker@sandersbajwa.com

                                                                                  *Attorneys for Defendant RAM Properties, LLC*

## CERTIFICATE OF CONFERENCE

  I certify that the undersigned counsel conferred with the Plaintiff's counsel, Andrew Perrong, regarding the relief requested in this motion on November 7, 2024, and Mr. Perrong is unopposed to the motion.

                */s/ Yusuf A. Bajwa*
                Yusuf A. Bajwa

**CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was served this 7th day of November 2024 to all parties via PACER.

| | |
|---|---|
| Andrew Roman Perrong<br>a@perronglaw.com<br>PERRONG LAW, LLC<br>2657 Mount Carmel Ave.<br>Glenside, PA 19038<br><br>*Attorneys for Plaintiff* | C. Brenton Kugler<br>brent.kugler@solidcounsel.com<br>SCHEEF & STONE, L.L.P.<br>500 North Akard, Suite 2700<br>Dallas, Texas 75201<br><br>Leoncio A. Gil, III<br>leon.gil@solidcounsel.com<br>SCHEEF & STONE, L.L.P.<br>2600 Network Blvd., Suite 400<br>Frisco, Texas 75034<br><br>John W. McGuinness<br>jmcguinness@manatt.com<br>(*Pro Hac Vice* to be requested)<br>A. Paul Heeringa<br>pheeringa@manatt.com<br>(*Pro Hac Vice* to be requested)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1050 Connecticut Avenue, NW, Suite 600<br>Washington, D.C. 20036<br><br>*Attorneys for Defendant PR Advisors, LLC* |

        */s/ Yusuf A. Bajwa*
        Yusuf A. Bajwa