# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:24-cv-000991-DII |
| PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC | § § § § § | |
| *Defendants.* | § § | |

## DEFENDANT RAM PROPERTIES, LLC'S MOTION TO DISMISS THROUGH JOINDER WITH AND ADOPTION OF DEFENDANT PR ADVISORS, LLC'S MOTION TO DISMISS

Defendant RAM Properties, LLC ("RAM") hereby moves to dismiss the putative class action complaint filed by Plaintiff R'Kes Starling ("Plaintiff") (**Dkt. 1**) (the "Complaint") in its entirety and would respectfully show the Court as follows:

### I. JOINDER WITH AND ADOPTION OF PR ADVISORS, LLC'S MOTION TO DISMISS

On behalf of the "National Do Not Call Registry Class," Plaintiff makes the same allegations and asserts the same claim against Defendants RAM and PR Advisors, LLC for alleged violations of the Telephone Consumer Protection Act. On this day, November 26, 2024, Defendant PR Advisors, LLC filed its Motion to Dismiss the Complaint (**Dkt. 11**) ("PR Advisors' Motion") pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure. Because the Defendants are similarly situated, RAM hereby joins and adopts PR Advisors' Motion in its entirety and incorporates it fully into this Motion by reference. Fed. R. Civ. P. 10.

## II.   GROUNDS FOR DISMISSAL

The same incurable defects in the Complaint urged by PR Advisors, LLC are equally applicable to RAM. Therefore, the Court should dismiss the Complaint against RAM in its entirety pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure for the same reasons set forth in PR Advisors' Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant RAM prays that this Court grants this Motion, dismisses the Complaint in its entirety, and grants all other and further relief to which RAM may show itself entitled, whether at law or in equity.

Dated: November 26, 2024         Respectfully submitted,

By: */s/ Yusuf A. Bajwa*
    Yusuf A. Bajwa
    Texas Bar No. 24047754
    Lad Z. Stricker
    Texas Bar No. 24110876
    SANDERS BAJWA LLP
    919 Congress Avenue, Suite 1305
    Austin, Texas 78701
    [Tel.] (512) 535-2440
    ybajwa@sandersbajwa.com
    lstricker@sandersbajwa.com

    *Attorneys for Defendant RAM Properties, LLC*

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was served this 26th day of November 2024 to all parties via PACER.

| | |
|---|---|
| Andrew Roman Perrong<br>a@perronglaw.com<br>PERRONG LAW, LLC<br>2657 Mount Carmel Ave.<br>Glenside, PA 19038<br><br>*Attorneys for Plaintiff* | C. Brenton Kugler<br>brent.kugler@solidcounsel.com<br>SCHEEF & STONE, L.L.P.<br>500 North Akard, Suite 2700<br>Dallas, Texas 75201<br><br>Leoncio A. Gil, III<br>leon.gil@solidcounsel.com<br>SCHEEF & STONE, L.L.P.<br>2600 Network Blvd., Suite 400<br>Frisco, Texas 75034<br><br>John W. McGuinness<br>jmcguinness@manatt.com<br>(*Pro Hac Vice* to be requested)<br>A. Paul Heeringa<br>pheeringa@manatt.com<br>(*Pro Hac Vice* to be requested)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1050 Connecticut Avenue, NW, Suite 600<br>Washington, D.C. 20036<br><br>*Attorneys for Defendant PR Advisors, LLC* |

      */s/ Yusuf A. Bajwa*
      Yusuf A. Bajwa