**List of Court/Bar Admissions for A. Paul Heeringa Esq. of Manatt, Phelps & Phillips LLP**

Current as of December 10, 2024

*No additional attorney ID number, unless noted.  All admissions in good standing.*

- Illinois State (5/4/2006) – Bar ID # 6288233
- N.D. Illinois Federal (11/22/2006)
- E.D. Texas Federal (12/30/2011)
- S.D. Indiana Federal (1/9/2018)
- D. New Mexico Federal (8/1/2019)
- D. Nebraska Federal (12/1/2020)
- W.D. Michigan Federal (4/4/2021)
- E.D. Michigan Federal (1/18/2022)
- N.D. Indiana Federal (1/19/2022)
- W.D. Wisconsin Federal (6/1/2023)
- E.D. Missouri Federal (9/26/2023) – Court Bar No. 6288233IL
- D. Colorado Federal (11/15/2024)