**List of Court/Bar Admissions for John William McGuinness Esq. of Manatt, Phelps & Phillips LLP**

Current as of December 10, 2024

*No additional attorney ID number, unless noted. All admissions in good standing.*

| | |
|---|---|
| CA Bar: 277322 | 06/28/2011 |
| DC Bar: 980331 | 04/14/2008 |
| NY Bar: 3048162 | 05/01/2000 |
| U.S. District Court, Eastern District of CA | 11/03/2021 |
| U.S. District Court, Southern District of CA | 04/14/2020 |
| U.S. District Court, Central District of CA | 03/12/2012 |
| U.S. District Court, Northern District of CA | 10/02/2012 |
| U.S. District Court, District of Columbia | 04/14/2008 |
| U.S. Court of Federal Claims | 04/30/2013 |
| U.S. District Court, District of Maryland (Bar #20863) | 04/26/2019 |
| U.S. District Court, Southern District of New York | 2000 |
| U.S. District Court, Eastern District of New York | 2003 |
| U.S. Court of Appeals for the Second Circuit | 05/25/2021 |
| U.S. District Court, Eastern District of Michigan | 01/18/2022 |