**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**R'KES STARLING, individually and on behalf of
all others similarly situated, Plaintiff,**

**-vs-**

Case No. __1:24-cv-00991-DII__

**PR ADVISORS, LLC, D/B/A PINNACLE
REALTY ADVISORS and RAM PROPERTIES,
LLC, Defendants.**

**O R D E R**

BE IT REMEMBERED on  this  the _____ day of _____, 20____, there

was  presented  to  the  Court  the  Motion  for  Admission  *Pro  Hac  Vice*  filed  by

__John William McGuinness__ ("Applicant"), counsel for _____**PR Advisors LLC**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of _____**PR Advisors LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE