IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS<br><br>AND RAM PROPERTIES LLC<br><br>Defendants. | Case No.   24-991<br><br>**JURY TRIAL DEMANDED** |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff R'Kes Starling ("Mr. Starling"), by his undersigned counsel, respectfully seeks an extension of time to file responses to Defendant PR Advisors, LLC's Motion to Dismiss, which Defendant RAM Properties LLC has joined. The new response date would be up to and including January 8, 2024 for both such motions. Counsel for Plaintiff has conferred with counsel for both Defendants, which have indicated that they are not opposed to the requested relief.

RESPECTFULLY SUBMITTED AND DATED this December 11, 2024.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
