IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC,<br><br>Defendants. | Case No. 1:24-cv-00991-DII |

**[PROPOSED] ORDER GRANTING DEFENDANT PR ADVISORS, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

This matter, coming to be heard on the "Unopposed Motion for an Extension of Time to File Reply in Support of Motion to Dismiss" (hereafter, the "Motion"), which was filed by Defendant PR Advisors, LLC, d/b/a Pinnacle Realty Advisors in the above-captioned matter, due notice having been given, the Parties being in agreement, and for good cause shown, it is **HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; and (ii) Defendant PR Advisors, LLC, d/b/a Pinnacle Realty Advisors shall have until **January 29, 2025** to file a reply in support of Defendant's Motion to Dismiss (*see* Dkt. 11).

                **SO ORDERED THIS ___ DAY OF JANUARY, 2025,**

                By:_____
                   Hon. Robert Pitman
                   United States District Judge