IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC<br><br>*Defendants.* | Civil Action No. 1:24-cv-000991-DII |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant RAM Properties, LLC ("RAM") moves to extend the time within which it may file a reply in support of its Motion to Dismiss ("Motion"). [Dkt. 14]

On November 26, 2024, Defendant PR Advisors, LLC d/b/a Pinnacle Realty Advisors ("PR Advisors") filed its Motion to Dismiss. [Dkt. 11] RAM joined this Motion to Dismiss [Dkt. 14] that same day. Plaintiffs responded to the Motion on January 8, 2025. [Dkt. 21] On January 9, 2025 PR Advisors requested that their reply deadline be extended to January 29, 2025. [Dkt. 22] RAM respectfully request that its deadline be extended up through and including January 29, 2025 to align with the other defendant in this case.

Dated: January 15, 2025							Respectfully submitted,


											By: /s/ Yusuf A. Bajwa
												Yusuf A. Bajwa
												Texas Bar No. 24047754
												Lad Z. Stricker
												Texas Bar No. 24110876
												SANDERS BAJWA LLP
												919 Congress Avenue, Suite 1305
												Austin, Texas 78701
												[Tel.] (512) 535-2440
												ybajwa@sandersbajwa.com
												lstricker@sandersbajwa.com

												ATTORNEYS FOR DEFENDANT RAM PROPERTIES, LLC

## CERTIFICATE OF CONFERENCE

      I HEREBY CERTIFY that on the 14th day of January 2025 I conferred with counsel for Plaintiffs regarding this motion and Plaintiffs' counsel confirmed that they do not oppose the motion.

                                           */s/ Yusuf A. Bajwa*
                                           Yusuf A. Bajwa

## CERTIFICATE OF SERVICE

  This will certify that a true and correct copy of the foregoing document was served this 15th day of January 2025 to all parties via PACER.

               */s/ Yusuf A. Bajwa*
               Yusuf A. Bajwa

4