IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:24-cv-000991-DII |
| PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC | § § § § § | |
| *Defendants.* | § § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Before the Court is Defendant RAM Properties, LLC's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss ("Motion"). The Court, having reviewed the Motion is of the opinion that it should be GRANTED.

It is therefore ORDERED that Defendant RAM Properties, LLC's reply in support of its motion to dismiss is due on or before **January 29, 2025**.

SIGNED this _____ day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE