IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*, | § § § § § § § § § § § | A-24-CV-991-RP |
| Plaintiff, | | |
| V. | | |
| PR ADVISORS, LLC *DOING BUSINESS AS PINNACLE REALTY ADVISORS*, RAM PROPERTIES LLC, | | |
| Defendants. | | |

## ORDER

Plaintiff filed this case on August 26, 2024, Dkt. 1, and the first defendant substantively appeared on November 26, 2024, Dkt. 11. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **February 21, 2025.**

**SIGNED** on February 7, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE