**EXHIBIT B – DEFENDANTS' PROPOSED SCHEDULING ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC,<br><br>Defendants. | Case No. 1:24-cv-00991-RP |

## SCHEDULING ORDER

This matter, coming to be heard with respect to the parties' Joint Rule 26(f) Report (the "Report") filed on February 21, 2025 in the above-referenced matter, due notice having been given, the Parties being in agreement, the Court being fully apprised in the premises of the parties' positions on discovery, and for good cause shown, **IT IS HEREBY ORDERED** that:

[*OPTION 1*]   All deadlines in this matter (including discovery) are temporarily **STAYED** until the Court considers and rules upon Defendants' forthcoming motion for protective order.

[*OPTION 2*]   All deadlines in this matter (including discovery) are temporarily **STAYED** until the Court considers and rules upon Defendants' dispositive motions (see Dkt. 11 and 14).

[*OPTION 3*]   Discovery in this matter shall be **BIFURCATED** according to the schedule proposed by Defendants in Section 10 of the Report, going forward, as follows:

- Discovery as to the merits of Plaintiff's individual TCPA claims against Defendants shall proceed for a period of [*ninety (90) or one hundred twenty (120) days*] after the date of entry of this order (no class discovery shall be allowed during this period);

- Opening summary judgment motions as to the merits of Plaintiff's individual claims shall be due no later than thirty (30) days after the initial discovery period (though summary judgment motions may be filed at any point prior to this deadline);

**EXHIBIT B – DEFENDANTS' PROPOSED SCHEDULING ORDER**

- Oppositions to summary judgment are due thirty (30) days after service of opening motions;

- Reply briefs in support of summary judgment are due fifteen (15) days after service of oppositions; and

- The Court shall set a further case management conference after the Court has ruled on summary judgment motions relating to Plaintiff's individual TCPA claims, in to order to set (if necessary and should this case proceed) a schedule for class claim discovery and all other case management deadlines.

**SO ORDERED THIS \_\_\_ DAY OF _____, 2025,**

By:_____
     Hon. Robert Pitman
     United States District Judge