IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC,<br><br>　　　　Defendants. | Case No. 1:24-cv-00991-RP |

## [PROPOSED] ORDER GRANTING DEFENDANT PR ADVISORS, LLC'S MOTION FOR PROTECTIVE ORDER

　　　　This matter, coming to be heard on "Defendant PR Advisors, LLC's Motion for Protective Order to Temporarily Stay or Bifurcate Discovery" (the "Motion") filed on February 24, 2025 in the above-referenced matter, due notice having been given, the Court being fully apprised in the premises, and for good cause shown, **IT IS HEREBY ORDERED** that:

　　　　[*OPTION 1*]　　All deadlines in this matter (including discovery) are temporarily **STAYED** until the Court considers and rules upon Defendants' dispositive motions (see Dkt. 11 and 14).

　　　　[*OPTION 2*]　　Discovery in this matter shall be **BIFURCATED** according to the schedule proposed by Defendants in the Motion, as follows:

- Discovery as to the merits of Plaintiff's individual TCPA claims against Defendants shall proceed for a period of [*ninety (90) or one hundred twenty (120) days*] after the date of entry of this order (no class discovery shall be allowed during this period);

- Opening summary judgment motions as to the merits of Plaintiff's individual claims shall be due no later than thirty (30) days after the initial discovery period (though summary judgment motions may be filed at any point prior to this deadline);

- Oppositions to summary judgment are due thirty (30) days after service of opening motions;

- Reply briefs in support of summary judgment are due fifteen (15) days after service of oppositions; and

- The Court shall set a further case management conference after the Court has ruled on summary judgment motions relating to Plaintiff's individual TCPA claims, in to order to set (if necessary and should this case proceed) a schedule for class claim discovery and all other case management deadlines.

**SO ORDERED THIS \_\_\_ DAY OF _____, 2025,**

By:_____
           Hon. Robert Pitman
           United States District Judge