IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 1:24-cv-000991-DII |
| PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC | § § § § § | |
| *Defendants.* | § | |

**DEFENDANT RAM PROPERTIES, LLC'S MOTION FOR PROTECTIVE ORDER TO TEMPORARILY STAY OR BIFURCATE DISCOVERY THROUGH JOINDER WITH AND THE ADOPTION OF DEFENDANT PR ADVISORS, LLC'S MOTION FOR PROTECTIVE ORDER TO TEMPORARILY STAY OR BIFURCATE DISOCVERY ("MOTION")**

For the same reasons set forth in Defendant PR Advisors, LLC's Motion (*see* Dkt. 29), Defendant RAM Properties, LLC ("RAM") hereby moves for a protective order to (i) temporarily stay all discovery in the above-captioned matter, until such time that the Court rules on the Defendants' pending dispositive motion (*see* Dkts. 11 and 14, "Motions to Dismiss"), or (ii) alternatively, bifurcate discovery between Plaintiff's individual and the putative class members' claims, all for the sake of judicial and party economy:

## I.  JOINDER WITH AND ADOPTION OF PR ADVISORS, LLC'S MOTION

On behalf of the "National Do Not Call Registry Class," Plaintiff makes the same allegations and asserts the same claim against Defendants RAM and PR Advisors, LLC for alleged violations of the Telephone Consumer Protection Act. On this day, February 24, 2025, Defendant PR Advisors, LLC filed its Motion for Protective Order to Temporarily Stay Discovery or

Bifurcate Discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Because the Defendants are similarly situated, RAM hereby joins and adopts PR Advisors' Motion in its entirety and incorporates it fully into this motion by reference. Fed. R. Civ. P. 10.

## II.   GROUNDS FOR PROTECTIVE ORDER

The same incurable defects in the Complaint urged by PR Advisors, LLC are equally applicable to RAM. Thus, for the sake of judicial and party economy and all of the other reasons provided in PR Advisors' Motion, the Court should either (1) temporarily stay all discovery in the above-captioned matter until the Court rules on the Defendants' pending Motions to Dismiss, or (ii) alternatively, bifurcate discovery between Plaintiff's individual and the putative class members' claims.

WHEREFORE, PREMISES CONSIDERED, Defendant RAM prays that this Court grants this motion and all other and further relief to which RAM may show itself entitled, whether at law or in equity.

Dated: February 24, 2025                    Respectfully submitted,

By: */s/ Yusuf A. Bajwa*
    Yusuf A. Bajwa
    Texas Bar No. 24047754
    Lad Z. Stricker
    Texas Bar No. 24110876
    SANDERS BAJWA LLP
    919 Congress Avenue, Suite 1305
    Austin, Texas 78701
    [Tel.] (512) 535-2440
    ybajwa@sandersbajwa.com
    lstricker@sandersbajwa.com

*Attorneys for Defendant RAM Properties, LLC*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was served this 24th day of February 2025 to all parties via PACER.

Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Ave.
Glenside, PA 19038

*Attorneys for Plaintiff*

C. Brenton Kugler
brent.kugler@solidcounsel.com
SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201

Leoncio A. Gil, III
leon.gil@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Suite 400
Frisco, Texas 75034

John W. McGuinness
jmcguinness@manatt.com
(*Pro Hac Vice* to be requested)
A. Paul Heeringa
pheeringa@manatt.com
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

*Attorneys for Defendant PR Advisors, LLC*

   */s/ Yusuf A. Bajwa*
   Yusuf A. Bajwa