# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS<br><br>AND RAM PROPERTIES LLC<br><br>Defendants. | Case No.  24-991<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTIONS TO STAY DISCOVERY

Plaintiff R'Kes Starling ("Mr. Starling"), by his undersigned counsel, respectfully seeks an extension of time to file responses to Defendant PR Advisors, LLC's "Motion for Protective Order to Temporarily Stay or Bifurcate Discovery," which Defendant RAM Properties LLC has joined. The new response date would be up to and including March 17, 2025 for both such motions. Counsel for Plaintiff has conferred with counsel for Defendant PR Advisors, which has indicated that they are not opposed to the requested relief. Counsel for Plaintiff has yet to receive a response from counsel for RAM Properties.

RESPECTFULLY SUBMITTED AND DATED this March 3, 2025.

>    */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
> *Attorney for Plaintiff and the Proposed Class*

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com