IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*, § § § § § § § § § § § § | A-24-CV-991-RP |
| Plaintiff, | |
| V. | |
| PR ADVISORS, LLC *DOING BUSINESS AS PINNACLE REALTY ADVISORS*, RAM PROPERTIES LLC, | |
| Defendants. | |

## ORDER

This case has been referred to the undersigned for entry of a Scheduling Order.[1] Defendants have moved to stay discovery pending resolution of their motions to dismiss. Dkts. 29, 31. Those motions have not been referred to the undersigned. Subject to Judge Pitman's decision on those motions, the undersigned intends to move forward with the task he has been assigned—entry of a scheduling order. Accordingly, the parties are **ORDERED** to meet and confer and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **March 21, 2025**. If Judge Pitman grants Defendants' motions, the schedule can be adjusted accordingly at that time.

**SIGNED** on March 7, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Judge Pitman's Order for Court Docket Management, dated January 19, 2024.