## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00991-RP |
| PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC, | |
| Defendants. | |

## NOTICE OF PROPOSED JOINT SCHEDULING ORDER

Pursuant to the Court's Order of March 7, 2025 (*see* Dkt. 33, "Order"), the Parties to the above-captioned matter respectfully and jointly submit the attached proposed scheduling order for the Court's consideration. This submission is made jointly to comply with the Order, but is without prejudice to the Defendants' pending "Motion for Protective Order to Temporarily Stay or Bifurcate Discovery" (*see* Dkt. 29), or the Parties' respective positions relating thereto.

Dated: March 21, 2025

Respectfully submitted,

                                             */s/ Andrew Roman Perrong*
                                             Andrew Roman Perrong, Esq.
                                             Perrong Law LLC
                                             2657 Mount Carmel Avenue
                                             Glenside, Pennsylvania 19038
                                             Phone: 215-225-5529 (CALL-LAW)
                                             Facsimile: 888-329-0305
                                             a@perronglaw.com

                                             *Attorney for Plaintiff and the Proposed Class*

By: /s/ A. Paul Heeringa (with permission)

**JOHN W. MCGUINNESS**
jmcguinness@manatt.com
(Admitted *Pro Hac Vice*)
**A. PAUL HEERINGA**
pheeringa@manatt.com
(Admitted *Pro Hac Vice*)
MANATT, PHELPS &PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
Facsimile: 202-585-6600

**C. BRENTON KUGLER**
Texas State Bar No. 11756250
brent.kugler@solidcounsel.com
SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200 - Telephone
(214) 706-4242 – Facsimile

And

**LEONCIO A. GIL, III**
Texas State Bar No. 24094204
leon.gil@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 – Telephone
(214) 472-2150 – Facsimile

*Counsel for Defendant PR Advisors, LLC*

By: /s/ Yusuf A. Bajwa (with permission)
Yusuf A. Bajwa
Texas Bar No. 24047754
Lad Z. Stricker
Texas Bar No. 24110876
SANDERS BAJWA LLP
919 Congress Avenue, Suite 1305
Austin, Texas 78701

2

                                              [Tel.] (512) 535-2440
                                              ybajwa@sandersbajwa.com
                                              lstricker@sandersbajwa.com
                                              *Attorneys for Defendant RAM Properties, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on, March 20, 2025, a true and correct copy of the foregoing document was electronically filed with the Court's ECF system to be sent via the electronic notification system to all counsel of record in the above-captioned matter.

                                      */s/ Andrew Roman Perrong*
                                      Andrew Roman Perrong, Esq.
                                      Perrong Law LLC
                                      2657 Mount Carmel Avenue
                                      Glenside, Pennsylvania 19038
                                      Phone: 215-225-5529 (CALL-LAW)
                                      Facsimile: 888-329-0305
                                      a@perronglaw.com

                                      *Attorney for Plaintiff and the Proposed Class*