IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00991-RP |
| PR ADVISORS, LLC, D/B/A PINNACLE REALTY ADVISORS and RAM PROPERTIES, LLC, | |
| Defendants. | |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY DEADLINES
(AS TO DEFENDANT PR ADVISORS, LLC ONLY)**

Plaintiff R'Kes Starling ("Plaintiff"), on behalf of himself and, with notice and permission, on behalf of Defendant PR Advisors, LLC d/b/a Pinnacle Realty Advisors (individually, "Defendant Pinnacle" and collectively with Plaintiff, the "Parties"), hereby respectfully informs the Court that the Parties have reached a tentative resolution of the Parties' differences and disputes in the above-captioned matter on an individual (*i.e.*, non-class) basis. The Parties anticipate a notice of voluntary dismissal as to Defendant Pinnacle will be filed in the next sixty (60) days. In the meantime, the Parties request that the Court vacate all pending case deadlines applicable to Defendant Pinnacle and temporarily stay same, and that the Court retain jurisdiction and not dismiss Defendant Pinnacle at this time, so the Parties can complete their resolution and submit dismissal paperwork. This notice is as to Defendant Pinnacle only. It does not apply to the other defendant in this action.

RESPECTFULLY SUBMITTED AND DATED this March 25, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC

1

2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system.

RESPECTFULLY SUBMITTED AND DATED this March 25, 2025.

*/s/ Andrew Roman Perrong*