**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **R'KES STARLING, individually** | § | |
| **and on behalf of all others** | § | |
| **similarly situated** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 1:24-cv-000991-DII** |
| | § | |
| **v.** | § | |
| | § | |
| **PR ADVISORS, LLC D/B/A** | § | |
| **PINNACLE REALTY ADVISORS** | § | |
| **and RAM PROPERTIES, LLC** | § | |
| | | |
| **Defendants.** | | |

---

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

---

TO THE HONORABLE JUDGE OF SAID COURT AND ALL COUNSEL OF RECORD:

Yusuf A. Bajwa, who is counsel for Defendant RAM Properties, LLC in the above-captioned matter, files this Notice of Change of Address and Firm Affiliation and requests that the Court's docket in the above-styled cause be updated accordingly. Mr. Bajwa's new address and firm are as follows:

Yusuf A. Bajwa
Bajwa PLLC
1802 West 6th Street
Austin, Texas 78703
512-791-5270
ybajwa@bajwapllc.com

Respectfully submitted,

By: */s/ Yusuf A. Bajwa*
    Yusuf A. Bajwa
    State Bar No. 24047754
    ybajwa@sandersbajwa.com
    SANDERS BAJWA LLP
    919 Congress Avenue, Suite 1305
    Austin, Texas 78701
    [Tel.] (512) 535-5220
    [Fax] (512) 270-5111

    *Counsel for Defendant RAM Properties, LLC*

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was served this 26th day of March 2025 via PACER.

Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Ave.
Glenside, PA 19038

*Attorneys for Plaintiff*

C. Brenton Kugler
brent.kugler@solidcounsel.com
SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201

Leoncio A. Gil, III
leon.gil@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Suite 400
Frisco, Texas 75034

John W. McGuinness
jmcguinness@manatt.com
(*Pro Hac Vice* to be requested)
A. Paul Heeringa
pheeringa@manatt.com
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

*Attorneys for Defendant PR Advisors, LLC*

/s/ Yusuf A. Bajwa
Yusuf A. Bajwa