# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS<br><br>AND RAM PROPERTIES LLC<br><br>Defendants. | Case No.  24-991<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE
## AS TO PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 as to PR Advisors, LLC only.

RESPECTFULLY SUBMITTED AND DATED this May 5, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 5, 2025.

                              */s/ Andrew Roman Perrong*
                              Andrew Roman Perrong, Esq.