## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated, | Case No.   24-991 |
| Plaintiff, <br> v. <br><br> PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS <br><br> AND RAM PROPERTIES LLC <br><br> Defendants. | **JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL WITH PREJUDICE
### AS TO PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to RAM Properties, LLC

RESPECTFULLY SUBMITTED AND DATED this May 7, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 7, 2025.

                                      */s/ Andrew Roman Perrong*
                                      Andrew Roman Perrong, Esq.