# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated, | Case No.   24-991 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| PR ADVISORS, LLC D/B/A PINNACLE REALTY ADVISORS | |
| AND RAM PROPERTIES LLC | |
| Defendants. | |

## CORRECTED NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO RAM PROPERTIES, LLC

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to RAM Properties, LLC. This Notice supplements the previous filing, which incorrectly referenced PR Advisors, LLC in the Title.

RESPECTFULLY SUBMITTED AND DATED this May 8, 2025.

> /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 8, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
