UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>PR ADVISORS, LLC D/B/A PINNA-CLE REALTY ADVISORS AND RAM PROPERTIES LLC,<br>    Defendants. | NO. 1:24-CV-00991-ADA |

## O R D E R

On May 5, 2025, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice, pursuant to Rule 41, as to PR Advisors, LLC. [Dkt. 39]. The Court hereby **GRANTS** Plaintiff's Notice of Voluntary Dismissal with Prejudice, as to Defendant PR Advisors, LLC.

On May 7, Plaintiff filed a Notice of Voluntary Dismissal without Prejudice, pursuant to Rule 41, as to RAM Properties, LLC. [Dkt. 40]. The Court further **GRANTS** Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant RAM Properties, LLC.

This is a final order disposing of all claims by all parties. The Clerk of Court is directed to **CLOSE** the case.

**SIGNED** this 15th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE